THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Henry Bradley, Appellant.
 
 
 

Appeal From Dorchester County
 J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-362
 Submitted June 1, 2011  Filed June 30,
2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville,
 for Respondent.
 
 
 

PER CURIAM:  Henry
 Bradley appeals his conviction for armed robbery.  His counsel argues the
 circuit court erred in denying his motion to exclude an eyewitness
 identification.  Additionally, Bradley filed a pro se brief.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., and HUFF and
 KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.